UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL L. MEIER,

    Plaintiff,

v.                                                  Case No. 08-CV-10240-DT

DETROIT DIESEL CORP., et al.,

    Defendants.
                                        /

**ORDER OF DISMISSAL**

On May 21, 2010, the court issued an order to show cause why this case should not be dismissed for lack of prosecution and for failure to maintain accurate contact information pursuant to the local rules. E.D. Mich. LR 11.2 & 41.2. Plaintiff did not file a timely response to the order. Accordingly,

IT IS ORDERED that this case is DISMISSED for the reasons stated in the May 21, 2010 "Order to Show Cause."

                                                        S/Robert H. Cleland
                                                        ROBERT H. CLELAND
                                                        UNITED STATES DISTRICT JUDGE

Dated: June 16, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 16, 2010, by electronic and/or ordinary mail.

                                                         S/Lisa Wagner
                                                        Case Manager and Deputy Clerk
                                                        (313) 234-5522